# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:06mj130

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ) | |
| DEVON RAYMUS STURDIVANT ) | |
| aka Devone Sturdivant, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** upon the receipt of a handwritten letter dated July 12, 2006, from Defendant Devon Raymus Sturdivant to United States Magistrate Judge David Keesler (the "Letter"). In the Letter, Mr. Sturdivant, who is currently in custody, appears in part to request a bond review hearing.

The record reflects that Mr. Sturdivant is represented by appointed counsel, Richard M. Thompson. It is the practice of this Court, when a defendant is represented by counsel, to rule on motions filed only by counsel of record. Therefore, if Mr. Sturdivant has any matters he wishes this Court to consider, they must be submitted through his attorney.

**IT IS, THEREFORE, ORDERED** that Mr. Sturdivant's request for a bond review hearing is **DENIED** without prejudice to his right to re-file the motion, if appropriate, through his attorney, Mr. Thompson.

The Clerk of Court is directed to send a copy of the Letter to Mr. Thompson along with his

copy of this Order.

Signed: July 19, 2006

David C. Keesler
United States Magistrate Judge