IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr194

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| DEVON RAYMUS STURDIVANT | ) | |
| | ) | |

**THIS MATTER** is before the Court upon letter of the defendant pro se received on September 15, 2006, complaining that he and his attorney have a "conflict of interest" and that he is receiving erroneous legal advice. (Doc. No. 194). He states that he no longer requires the services of his attorney.

The Court finds that the defendant's allegations about his counsel's performance fail to establish grounds to appoint substitute counsel. United States v. Mullen, 32 F.3d 891 (4th Cir. 1994).

**IT IS, THEREFORE, ORDERED** that current counsel will not be relieved. This case is set for trial during the October 2006 criminal term, at which time the defendant may proceed pro se if he does not accept assistance from his appointed counsel.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: September 29, 2006

Robert J. Conrad, Jr.
Chief United States District Judge