IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr194

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>DEVON RAYMUS STURDIVANT )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court upon letter of the defendant, pro se, for review of detention. (Doc. No. 23).

The defendant pled guilty to Counts One and Two of the indictment on October 3, 2006, charging attempt to possess with intent to deliver 500 grams or more of cocaine and possession of a firearm in furtherance of that drug trafficking crime. (Doc. No. 21: Plea Agreement). Thus, the defendant has been found guilty and is awaiting imposition of sentence for offenses described in subparagraphs (B) and (C) of subsection (f)(1) of 18 U.S.C. § 3142. Pursuant to § 3143(a)(2), the defendant shall be detained unless the Court finds a substantial likelihood that a motion for acquittal or new trial will be granted; or an attorney for the government has recommended that no sentence of imprisonment be imposed; and the Court finds by clear and convincing evidence the person is not likely to flee or pose a danger to any other person or the community. 18 U.S.C. § 3143(a)(2)(A)(i), (ii) and (B).

Upon review of the record, even in a light most favorable to the defendant, the Court finds the defendant has not alleged or established that there is a substantial likelihood that motion for acquittal or new trial will be granted or that an attorney for the government has recommended that

no sentence of imprisonment be imposed. Thus, the Court is obligated by the statute to detain the defendant because the prerequisites for release have not been met. Id.

        **IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

    Signed: November 2, 2006

Robert J. Conrad, Jr.
Chief United States District Judge