IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CR-00194-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEVON RAYMUS STURDIVANT | ) | |
| | ) | |

**THIS MATTER** comes before the Court on the defendant's pro se Motion to Modify

Sentence, pursuant to 18 U.S.C. § 3582(c)(2). (Doc. No. 61).

Title 18, United States Code, Section 3582(c)(2) allows a court to reduce a sentence

based on a guideline range that has been subsequently lowered by the Sentencing Commission.

Here, Amendment 794 detailed by the defendant as affecting his sentence, (Doc. No. 61: Motion

at 1), is not listed by the Commission as being retroactively applicable, USSG §1B1.10(a)(1),

(d).  Thus, he is not entitled to relief.

**IT IS, THEREFORE, ORDERED** that the defendant's Motion to Modify Sentence,

(Doc. No. 61), is **DENIED.**

Signed: June 1, 2017

Robert J. Conrad, Jr.
United States District Judge