IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CR-00194-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEVON RAYMUS STURDIVANT | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's motion for a sentencing reduction under 18 U.S.C. § 3582(c)(1)(B) based on the alleged unconstitutionality of his career offender sentence. (Doc. No. 95).

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the motion within fourteen (14) days of the entry of this Order.

Signed: March 8, 2022

Robert J. Conrad, Jr.
United States District Judge